1  DAVID J. KAMINSKI (SBN 128509)
   KaminskiD@cmtlaw.com
2  ROBERT D. BERGLUND (SBN 234081)
   BerglunR@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   COLLECTO, INC. d/b/a EOS CCA
7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11  Patrick Morey,                    )   CASE NO. 10-cv-01870-LJO-MJS
                                      )
12              Plaintiff,            )   **STIPULATION RE: DISMISSAL OF**
                                      )   **ENTIRE ACTION AND ALL PARTIES,**
13       vs.                          )   **WITH PREJUDICE, PURSUANT TO FRCP**
                                      )   **41(a)(1)**
14  EOS CCA; and DOES 1-10, inclusive, )
                                      )
15              Defendant.            )
                                      )
16                                    )
                                      )
17  _____

18       **IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant COLLECTO, INC.

19  d/b/a EOS CCA ("Defendant"), by and through its respective counsel of record, Robert D.

20  Berglund, and by Plaintiff PATRICK MOREY ("Plaintiff"), by and through his respective counsel

21  of record, Lara R. Shapiro, that Plaintiff shall dismiss, with prejudice, the above-

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

                                    STIPULATION RE: DISMISSAL OF
                                    ENTIRE ACTION

06522.00/174578

1    entitled lawsuit in entirety as to all parties named therein, pursuant to FRCP 41(a)(1).

2

3    DATED: May 16, 2011                    **LEMBERG & ASSOCIATES LLC**

4

5                                           By:    /s/ Lara R. Shapiro
                                                   _____
6                                                  Lara R. Shapiro
                                                   Attorneys for Plaintiff,
7                                                  PATRICK MOREY

8

9    DATED: May 16, 2011                    **CARLSON & MESSER LLP**

10

11                                          By:    /s/ Robert D. Berglund
                                                   _____
12                                                 David J. Kaminski
                                                   Robert D. Berglund
13                                                 Attorneys for Defendant,
                                                   COLLECTO, INC. d/b/a EOS CCA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION RE: DISMISSAL OF
ENTIRE ACTION**

06522.00/174578

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045