UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| Patrick Morey, ) | CASE NO. 10-cv-01870-LJO-MJS |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| EOS CCA; and DOES 1-10, inclusive, ) | |
| Defendant. ) | |

The Court has reviewed the Stipulation of Defendant COLLECTO, INC. d/b/a EOS CCA ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff PATRICK MOREY ("Plaintiff"), by and through his respective counsel of record, Lara R. Shapiro, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1

1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

The clerk is directed to close the action.

IT IS SO ORDERED.

Dated:   **May 17, 2011**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045